Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

|  |  |
|---|---|
| Anthony Lonnie Forbes | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| Seaworld Parks & Entertainment | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No. __4:16cv172__
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Anthony Lonnie Forbes |
| Street Address | 1337 Coral Place |
| City and County | Hampton |
| State and Zip Code | Virginia 23669 |
| Telephone Number | (757) 376-0335 |
| E-mail Address | law-order2006@hotmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Seaworld Parks & Entertainment |
| Job or Title *(if known)* | |
| Street Address | 9205 South Park Center Loop Suite 400 |
| City and County | Orlando, FL |
| State and Zip Code | 32819 |
| Telephone Number | 1(888) 800-5447 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

|  |  |
|---|---|
| Name | Busch Gardens Williamsburg, VA |
| Street Address | 1 Busch Gardens Blvd |
| City and County | Williamsburg |
| State and Zip Code | Virginia 23185 |
| Telephone Number | 1 (800) 343-7946 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:

Civil Rights Act of 1866 (42 U.S.C. Section 1981).  Retaliation and The right to give evidence in a lawsuit.

☒    Relevant state law *(specify, if known)*:

Virginia Human Rights Act § 2.2-3900. Short title; declaration of policy.

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

on going 5/25/2015 6/3/2015 6/05/2015 7/04/2015 12/31/2016  3/07/2016 2/29/2016  3/09/2016

C.   I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race    racial slurs and comments physical assault and battery
- ☒ color    racial slurs and comments physical assault and battery
- ☒ gender/sex    Title VII sex based harassment and hostile working environment
- ☐ religion    _____
- ☐ national origin    _____
- ☐ age *(year of birth)* _____   *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* _____

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

1.Plaintiff was sexual harassed constantly by female assistant manager (Tenekia Harden) to include inappropriate comments and gestures, purposely bending over in front of Plaintiff and showing thongs. Plaintiff was also hit on by assistant manager (Beth Gabbert) (Title VII Violation Sexual harassment)

2.After Plaintiff showed no interest in manager or various forms of advancements, manager cut Plaintiff's hours, screamed and yelled at him and blatantly sexually harassed him in front of other co-workers repeatedly, eventually other females chimed in as well creating a hostile environment. (Title VII Violation Sexual Harassment (TitleVII  Violation Hostile Environment)

3. Plaintiff reported Tenekia to Manager (Jackie diggs) several times in reference to the degrading manner he was being treated. At one point Tenekia sexually harassed the Plaintiff in front of Jackie and she laugh. Jackie allowed Tenekia to do what ever she wanted. (Title VII Hostile Environment)

4. Plaintiff wrote up employee that left and abandoned their shift at least 3 times to play in the park while on the time clock. After Empolyee was fired, Jackie gave Tenekia and Beth an order to write the Plaintiff in Retaliation .(Violation of section 1981 Retaliation)

5. Plaintiff complained to Human resources manager (Angie Minter) and write up disappeared however, Harrassment got worse and misconduct was covered up as if nothing happened. (Title VII Violation Retaliation) (Title VII Violation Hostile Work Environment)

6. Jackie made inappropriate racial comments and jokes in front of Plaintiff while laughing "I thought all black people had big lips" (Violation of Section 1981 Race/Color)

7. Jackie constantly screamed and yelled at only Black employees to include the Plaintiff. (Violation of Section 1981 Race/Color)

8. Another supervisor, (Cierra lattimer) Cut the Plaintiff's staff right before going home early without telling him and leaving him and short on help to close. At the end of the shift, the Plaintiff found out that staff had been playing in the park while on the clock. The Plaintiff wrote the staff up and they were fired. The next day the Plaintiff was wrote up 4 times in retaliation. When asked why she did it, Cierra explained that Jackie told her to do it.(Violation of Section 1981 Retaliation) (Violation of section 1981 Hostile Work Environment)

8. Plaintiff was wrote up and yelled at for things out of his control by Jackie, Plaintiff's job was threatened in front of staff. Only people of color were yelled at. (Title VII Violation Hostile Work Environment) (Violation of Section 1981 Race/Color)

9. Plaintiff reported sexual harassment and other discrimination to Angie Minter in human resources as it got worse on June 3rd 2015. Angie gave Jackie (who was also a part of the discrimination complaint) the order to investigate. Tenekia's work schedule was altered for a few days while the alleged investigation was taking place. On the night of June 5th 2015 right before closing. Beth followed the Plaintiff into a Freezer and cornered him, Beth threatened the Plaintiff with rape. (Violation of Section 1981 Hostile Work Environment/ Retaliation) (Title VII Violation Sexual Harassment).

10. When Plaintiff got to work the next day on June 6th 2015 Human Resources was not open and with no other choice had to report to work before he could report the matter. Jackie immediately increased monitoring on Plaintiff and would not let him out of her sight. Jackie entered Plaintiff's work area and started doing the Plaintiff's work (not normal) in an intimidating manner, questioning his every move, such as why he left the area to get an item needed for the job or going to the bathroom. Plaintiff noticed another supervisor across the room that had been watching the whole time, start laughing and pulled out a cellphone to start recording. Plaintiff sensed danger and notified a manager (Todd Dawkins) about what was going on and reported to security to make a report. (Violation of Section 1981 Hostile Work Environment/Retaliation).

11. Plaintiff made contact with the head of security Brian who in return contacted Angie. Plaintiff told Angie what happened and was threatened to be fired than transferred to a different location in the park. (Violation of Section 1981 Hostile Work Environment/ Retaliation)

12. Plaintiff was transferred to an unwelcoming environment and isolated working with a handful of people; rumors were spread about the plaintiff throughout the park, the offenders went unpunished and it was made to look like the plaintiff was the problem as in a cover-up. (Violation of Section 1981 Hostile Work Environment/ Retaliation)

13. On an everyday bases the Culinary President (Franz Kitenko) started coming to the Plaintiff's isolated area and giving him intimidating looks. (Title VII Hostile Work Environment/ Retaliation)

14. Plaintiff's Supervisor Katie Tetreault dropped the N-word and made other racial comments towards the Plaintiff and others. (Violation of Section 1981 Race/Color/ Hostile Work Environment/ Retaliation)

15. On July 4th 2015 Franz Kitenko stuck the plaintiff and his supervisor while in an office talking. (Violation of Section 1981 Race/Color Hostile Work Environment/ Retaliation) (Intentional infliction of emotional distress /IIED)  (Assault & Battery) (Va. Code Ann. § 18.2-57 B)

16. The Assault & Battery was reported to Angie in Human Resources by multiple sources, where it was covered up and nothing done. (Title VII Hostile Work Environment/ Retaliation).

17. The plaintiff wrote a letter to the Park President Exhibit 25 (Carl Lum) on October 22, 2015 outlining the things that were going on. The Plaintiff exclusively compared himself to a Slave and mentioned that everything he reported was covered up. The president did not respond to the Plaintiff until the Plaintiff saw him in the park over a week later while coming into work and went up to talk to him. (Title VII Hostile Work Environment)

18. The president replied that those allegations were very serious and then said John Harris (Human Resources President) didn't contact you? After saying no, Carl responded he will. Soon after Franz Came into plaintiffs work area and threatened to do something to his car. (Violation of Section 1981 Hostile Work Environment/ Retaliation).

19. Franz later came next to the Plaintiff and threw/slammed a table next to him after saying how heavy it was. (Title VII Hostile Work Environment/ Retaliation).

20. On November 4th 2015 after nothing was done, the Plaintiff wrote a letter to the corporate headquarters addressed to the CEO Joel Manby Exhibit 26.  In the letter the plaintiff outlined once again everything that was going on.  On November 23rd 2015 John Harris mailed the plaintiff a letter stating that the investigation results showed that nothing happened Exhibit 27.  However I was contacted by high ranking officials Melissa Hargis (Sr. Director, Human resources) and Kathleen Liever (Lawyer) and a meeting was set up for 12/04/2015 Exhibit 29 (Violation of Section 1981 Hostile Work Environment/ Retaliation).

21. The Plaintiff was transferred to another location once again (Title VII Hostile Work Environment/ Retaliation).

22. The Plaintiff met with the high ranking officials and an investigation was started. At the end of the investigation the Plaintiff was once again wrote up for something out of his control this time, it involved the firing of another worker. (Violation of section 1981 Hostile Work Environment/ Retaliation/Race/Color).

23. On January 5th 2016 Melissa called the plaintiff and said "For lack of better words it looks like they did it" Exhibit 30 another meeting was then scheduled for January 8th 2016 Exhibit 31. In the meeting, Melissa explained that they had found evidence that I was sexually Harassed, Beth had been in the Freezer corning me and Franz had inappropriately put his hands on me but no retaliation. The High ranking officials refused to give the Investigation findings to the plaintiff in writing. The Plaintiff was then asked what he wanted and it was suggested that he take money and leave the company another cover up. (Violation of section 1981 Hostile Work Environment/ Retaliation).

24. Plaintiff asked for time to think about the offer because he didn't have legal representation at the time and honestly felt that he was about to be taken advantage of. During the next series of Weeks there were several transfers with the people that were involved. Park President Carl Lum was transferred to another park, Jackie was transferred but promoted to another area, Tenekia was transferred to another area, Beth was transferred to another area and Cierra was transferred to another area. Angie, Franz and John Harris remained in their same positions. (Title VII Hostile Work Environment/ Retaliation).

25. On January 29th 2016 the Plaintiff was contacted by e-mail from Melissa, asking for possible resolutions now that the investigation was complete and to setup a meeting, the Plaintiff did not respond at that time Exhibit 32. On February 29th the Plaintiff went to Human Resources to see if he could get the investigation findings then, the Plaintiff was laughed at. (Violation of section 1981 Hostile Work Environment/ Retaliation).

26. Plaintiff went to the police station to file a report after being laughed at. When the Plaintiff got to the police station it was after hours and had to contact dispatch for support. The police officer took quite a while to get there as so, more people conveniently showed up for help. When the police officer did get there he walked past the Plaintiff and started talking to the other people that needed help. It was at that time that Melissa called the Plaintiff by cell phone Exhibit 30 right before talking to the police. Melissa stated 'remember you were suppose to get back to me and tell me what you wanted, I had not said a word to Melissa in almost 2 months (witness tampering/Bribing a witness) The plaintiff told Melissa that he would have to get back to her. (Title VII Hostile Work Environment/ Retaliation).

27. Melissa followed up her phone call with an e-mail about 42 minutes later confirming that she had been trying to offer the plaintiff something of value Exhibit 32. Plaintiff later responded to Melissa's e-mail twice asking for the results of the investigation and never got a response Exhibit 33. Plaintiff was later fired after stating he would go to the authorities. (Violation of Section 1981 Hostile Work Environment/ Retaliation).

28. The officer did not look into the fact the Plaintiff was called and e-mailed right before speaking with him and refused to take the evidence after being told. However, a brief statement was made in the Police report Exhibit 34.

29. Plaintiff was suspended from all Sea World Parks and Entertainment parks Exhibit 35. (Title VII Hostile Work Environment/ Retaliation).

30. Plaintiff's Attorney sent a letter that was ignored Exhibit 36 .

32

First Claim of Relief

Employment Discrimination

Civil Rights Acts of 1964 and 1991

32.1 Defendant has discriminated against plaintiff in the terms and conditions of plaintiff's employment by way of sexual harassment, retaliation, harassment, firing and Hostile work environment because plaintiff opposed unlawful discrimination by defendant, and because plaintiff participated in the administrative process of enforcing the prohibitions against employment discrimination, all in violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991.

33

Second Claim of Relief

Employment Discrimination

The Civil Rights Act of 1866

33.1 Defendant has discriminated against plaintiff in the terms and conditions of plaintiff's employment by way of Retaliation, race, color, firing and Hostile work environment all in violation of The Civil Rights Act of 1866 Section 1981.

34

Third Claim of Relief

Virginia Law-Assault/ Assault & Battery

34.1 By intentional conduct placing plaintiff in fear of imminent physical harm and Physical harm, the Defendant assaulted Plaintiff, for which the Defendant is liable for damages under Virgina law, and plaintiff has no means of relief for such damages under federal law.

35

Fourth Claim of Relief

Virginia Law- Intentional Infliction of Emotional Distress.

35.1 By intentional outrageous conduct with the intent to cause plaintiff extreme emotional distress, which conduct did cause extreme emotional distress, to Plaintiff's substantial damage, Ms. the Defendant tortiously intentionally inflicted emotional distress on Plaintiff, for which the Defendant is liable for damages under Virginia law, and Plaintiff has no means of relief for such damages under federal law.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

06/23/2016

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    08/26/2016    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

WHEREFORE, Plaintiff prays that the Court enter judgment in his favor and against Defendant, containing the following relief:

A. The sum of $1,500000 to compensate Plaintiff for all non-monetary and/or compensatory harm, including but not limited to, compensation for his mental anguish, humiliation, embarrassment, stress and anxiety, emotional pain and suffering, emotional distress,physical injuries, Social withdral and dropped out of school.

B. An award of punitive damages

C. An award of Backpay

D. An award of Frontpay

E. The court grant Plaintiff a jury trial

F. The sum of $1,000 for actual damages

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         11/23/2016

Signature of Plaintiff     *Anthony L Forbes*

Printed Name of Plaintiff     *Anthony L forbes*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Street Address               _____

State and Zip Code           _____

Telephone Number             _____

E-mail Address               _____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
New port News **DIVISION**

Anthony Lonnie Forbes
_____
Plaintiff(s),

v.

Civil Action Number: 4:16cv172

Seaworld Parks & Entertainment
_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** Complaint _____ .

                                           **(Title of Document)**

Anthony Lonnie Forbes
_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: 11/23/2016 (Date)

<b>OR</b>

**The following attorney(s) prepared or assisted me in preparation of** _____ .

                                           **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)